### ANONYMOUS.

#### 1872.

PRACTICE—EXTENDING TIME TO ANSWER.—The court has no power to extend the time within which to make defense, except upon good cause .shown by affidavit.

THE defendant, upon whom process had been duly served more than five days before the commencement of the term, applied, by solicitor, on the third day of the term, for an extension of the time within which to make defense. The Chancellor said that the complainant was entitled by positive law, Code, § 4369, to take the bill for confessed if the defendant failed to defend within the time prescribed by law, namely, within the first three days of the term, and he had no power to deprive him of this legal right except upon good cause shown by affidavit. *State* v. *Markham,* 1 Tenn. 66; Code, §§ 2941, 4350, 4238.